Entered on Docket
February 12, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
BAR NO. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Fax: (702) 735-0505
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

**DOMINICK LOMBARDI**

Debtor(s).

Chapter 13 Proceedings
Case No.: BK-S-09-15904-BAM
Trustee: Kathleen Leavitt

Date: 01/14/2010
Time: 2:30 p.m.

## ORDER AVOIDING SECOND TRUST DEED

**THIS MATTER** having come before the Court for a hearing on **JANUARY 14, 2010**, on Debtors' **MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF LITTON LOAN SERVICING PURSUANT TO 11 U.S.C. §506(a) AND §1322**, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1.  The Debtors' real property located at **473 DALGREEN PLACE, HENDERSON,**

-1-

NV 89012 (the "Subject Property") is valued at **$180,000.00** as of the date of filing Debtors' Chapter 13 Petition.

2. The Subject Property is collateral for **LITTON LOAN SERVICING 1st LIENHOLDER'S** senior secured claim (**ACCOUNT #4025556**) (**PROOF OF CLAIM NUMBER 4-1**) for the amount of **$213,097.00.**

3. On the filing date of the instant Chapter 13 Petition, **LITTON LOAN SERVICING 2nd LIENHOLDER'S** claim (**ACCOUNT #40255580**) (**PROOF OF CLAIM NUMBER 2-1**) was wholly unsecured.

**IT IS THEREFORE ORDERED THAT LITTON LOAN SERVICING 2ND LIENHOLDER'S** secured claim is "stripped off" and avoided pursuant to 11 U.S.C. §506(a);

**IT IS FURTHER ORDERED THAT LITTON LOAN SERVICING 2ND LIENHOLDER'S** secured rights and lien holder rights in the Subject Property are hereby terminated and **LITTON LOAN SERVICING 2ND LIENHOLDER** shall be paid as a general unsecured creditor through the Debtors' Chapter 13 plan;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is converted to a Chapter 7 case, **this order will be void and without effect**.

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed for any reason, **LITTON LOAN SERVICING 2ND LIENHOLDER'S** claim shall be reinstated to its status as a secured claim on the Subject Property pursuant to 11 U.S.C. §349(b).

**IT IS SO ORDERED**.

DATED this **8TH** day of **FEBRUARY, 2010**

THE LAW OFFICES OF

-2-

1  RANDOLPH H. GOLDBERG

2  By /S/ RANDOLPH GOLDBERG ESQ.
3     RANDOLPH H. GOLDBERG, ESQ.
   4000 S. Eastern
4     Suite 200
5     Las Vegas, Nevada 89119
   Attorney for Debtor
6

7

8  APPROVED AS TO FORM AND CONTENT

9

10 CHAPTER 13 TRUSTEE

11

12

13 KATHLEEN LEAVITT, TRUSTEE
   302 East Carson Ave., Suite 300
14 Las Vegas, NV  89101

-3-

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_\_ The court waived the requirements of LR 9021.

✓ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written Objection and each has:

✓ approved the form of this order:
\_\_\_\_\_ waived the right to review the order
\_\_\_\_\_ and/or failed to file and serve papers in accordance with LR 9021©.

\_\_\_\_\_ I have delivered a copy of this proposed order to all Attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to view the order, failed to file and serve papers in accordance with LR 9021© and the following have disapproved the form of the order:

\_\_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

I declare under penalty of perjury under the laws of The State of Nevada the foregoing is true and correct.

/s/Maile C. Hansen/s/
An Employee of
THE LAW OFFICE OF
RANDOLPH H. GOLDBERG

###

-10-